1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DORIS PRINGLE,                          No. CIV S-07-1254-CMK

12            Plaintiff,

13       vs.                                 ORDER

14   MICHAEL J. ASTRUE,
     Commissioner of Social Security,

15
              Defendant.

16
     _____ /

17

18            Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

20   Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis (Doc. 2).

21   Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to

22   prepay fees and costs or give security therefor.  The request to proceed in forma pauperis will,

23   therefore, be granted.  See 28 U.S.C. § 1915(a).  Plaintiff has indicated in her motion that service

24   by the United States Marshal is not requested.  Plaintiff will be required to accomplish service of

25   process within 20 days after the date of this order and submit proof of service within ten days

26   after service is accomplished.

1

1    Plaintiff is warned that failure to comply with this order or any portion of the

2 court's scheduling order, served herewith, may result in the dismissal of this action.  See Local

3 Rule 11-110.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.    Plaintiff's request to proceed in forma pauperis is granted;

6    2.    The Clerk of the Court is directed to serve on plaintiff the undersigned's

7 scheduling order in social security cases;

8    3.    Plaintiff shall effect service of process within 20 days of the date of this

9 order; and

10    4.    Plaintiff shall file proof of service within ten days after service is

11 accomplished.

12

13 DATED:   August 24, 2007.

14

15 _____
   **CRAIG M. KELLISON**
16 UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26