IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DORIS PRINGLE,                                              No. CIV S-07-1254-CMK

      Plaintiff,

  vs.                                                                    ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is a stipulation for an extension of time for defendant to respond to plaintiff's motion for summary judgment (Doc. 17) filed on January 29, 2008. The parties have stipulated that defendant's response shall be file on or before March 6, 2008. The parties further stipulated that the court's scheduling order shall be modified accordingly.

      APPROVED AND SO ORDERED.

DATED: February 14, 2008

                                                                                                                                                      _____
                                                                                                                                              **CRAIG M. KELLISON**
                                                                                                                                                  UNITED STATES MAGISTRATE JUDGE

1